The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY HANSON and DONNA HANSON, individually, and in their marital community comprised thereof,<br><br>       Plaintiffs,<br><br> v.<br><br>STEVEN RICE, et al.,<br><br>       Defendants. | No. 2:15-cv-00765-MJP<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

This matter having come before the Court on *Defendants' Motion for Summary Judgment,* and the Court having considered the Motion and argument, and the following pleadings:

1. *Defendants' Motion For Summary Judgment*;

2. *Declaration of Jeremy W. Culumber and exhibits thereto*;

3. *Declaration of Kevin Lane;*

4. *Declaration of Eric Stevens and exhibits thereto;*

5. *Declaration of Renton Police Chief Kevin Milosevich and exhibits thereto;*

6. *Declaration of Deputy Steven Rice and exhibits thereto;*

7. *Plaintiffs' Response to Defendants' Motion For Summary Judgment*;

And this Court finding itself fully informed, hereby **GRANTS** Defendants' Motion

ORDER GRANTING DEFENDANTS MOTION FOR
SUMMARY JUDGMENT- 1
2:15-cv-00765-MJP
1002-00852/15-765 Hanson v. Rice Order Granting Defendants' Motion for
Summary Judgment

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

for Summary Judgment and **ORDERS** the following Defendants be dismissed with prejudice:

- CLARENCE TOLLIVER;

- KEVIN LANE; AND

- ERIC STEVENS.

DONE IN OPEN COURT THIS 22nd DAY OF March 2016.

_____
Marsha J. Pechman
United States District Judge

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.


By: /s/ Jeremy W. Culumber
_____
    Jeremy W. Culumber, WSBA #35423
Attorneys for City of Renton Defendants

ORDER GRANTING DEFENDANTS MOTION FOR
SUMMARY JUDGMENT- 2
2:15-cv-00765-MJP
1002-00852/15-765 Hanson v. Rice Order Granting Defendants' Motion for
Summary Judgment

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423