UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY HANSON, et al.,

    Plaintiffs,

v.

STEVEN RICE, et al.,

    Defendants.

CASE NO. C15-765-MJP

ORDER ON MOTIONS TO CONTINUE AND MOTION FOR RECONSIDERATION

THIS MATTER comes before the Court on Plaintiffs' Motion to Continue Trial Date and Dispositive Motion Deadline (Dkt. No. 53), Defendants' Motion for Reconsideration (Dkt. No. 57), and Plaintiffs' Motion to Defer and Continue Defendant City of Renton's Motion for Summary Judgment (Dkt. No. 63). Having considered the Parties briefing and the related record, and having held oral argument on the issues presented, the Court ORDERS as follows:

The close of discovery is hereby CONTINUED to 60 days from the date of this order. Plaintiffs shall be entitled to take an additional deposition pursuant to Fed. R. Civ. P. 30(b)(6), and afterwards to redepose Chief Milosevich, Officer Rice, and Sergeant Awai. If Plaintiffs wish to take additional depositions during the discovery period, Plaintiffs must first seek leave of

1  court to do so.  Requests for additional depositions should identify the person to be deposed, the

2  basis on which the deposition is being sought, and the reasoning underlying that basis.

3  Additionally, the Parties are ORDERED to request a hearing with the Court regarding any future

4  discovery disagreements before filing any written discovery motions.

5      The Parties are hereby ORDERED to submit a joint proposal for a revised case schedule

6  that accounts for the extension of the discovery period.  The joint proposal shall be submitted **no**

7  **later than one week** from the date of this order.

8      Finally, Defendant City of Renton's Motion for Summary Judgment (Dkt. No. 55) is

9  hereby STRICKEN.  Defendant shall refile its motion after discovery is completed according to

10  the new case schedule.

11      IT IS SO ORDERED.

12

13      The clerk is ordered to provide copies of this order to all counsel.

14

15      Dated this 5th day of May, 2016.

16

17

18                                  Marsha J. Pechman

19                                  United States District Judge

20

21

22

23

24

ORDER ON MOTIONS TO CONTINUE AND
MOTION FOR RECONSIDERATION- 2